UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN MARCUS JOHNSON,

        Petitioner,

  v.

DAN VAN OGLE,

        Respondent.

CASE NO. 3:21-cv-05877-RSM-BAT

**ORDER REFERRING TO THE COURT OF APPEALS**

Having reviewed the Report and Recommendation of the assigned Honorable United States Magistrate Judge, any objections to that, and the remaining record, the Court finds and ORDERS:

1) After notice of Filing Deficiency from the Court, Dkt. #9, Petitioner has failed to submit legible Objections in a timely fashion and has instead filed a Motion to Stay and Motion to Replace, Dkts. #10 and #11.

2) The Court DENIES Petitioner's Motion to Stay, Dkt. #10. Petitioner fails to present good cause for the requested relief. This Motion in effect recharacterizes Petitioner's Objections, Dkt. #8.

3) The Court ADOPTS the Report and Recommendation. Petitioner has failed to present any reasonable basis to challenge Judge Tsuchida's analysis.

ORDER REFERRING TO THE COURT OF
APPEALS - 1

4) The Clerk shall refer the federal habeas petition to the Circuit Court of Appeals for the Ninth Circuit for review as a second or successive habeas petition.

5) The Clerk shall administratively close the matter.

6) The Clerk shall provide a copy of this Order to Petitioner.

DATED this 3rd day of January, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE